Charles C. Weller (SBN: 207034)
legal@cweller.com
CHARLES C. WELLER, APC
11412 Corley Court
San Diego, California 92126
Tel: 858.414.7465
Fax: 858.300.5137

Attorney for Plaintiff Deana Lozano

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANA LOZANO, *individually and on behalf of all those similarly situated*, | No. 2:23-cv-04670-RGK-JPR |
| Plaintiff, | **MOTION FOR RELIEF FROM PARAGRAPH 7 OF THE COURT'S STANDING ORDER** |
| v. | |
| FERRARA CANDY COMPANY HOLDINGS, *a Delaware corporation*, | |
| Defendant. | |

Plaintiff Deana Lozano respectfully moves the Court for relief from Paragraph 7 of the Court's Standing Order, and shows the following:

1.      Plaintiff Deana Lozano commenced this action on or about June 16, 2023.

2.      Defendant Ferrara Candy Company Holdings, Inc. filed a Motion to Dismiss all causes of action of that Complaint on or about August 18, 2018. That motion is now fully briefed, with a hearing date of September 18, 2023.

3.     Plaintiff Deana Lozano served Requests for Production of Documents on Defendant on or about August 31, 2023.

4.     The Parties filed a Joint Rule 26(f) Report on or about September 13, 2023, requesting that the Court set a class certification motion due date of April 17, 2024.

5.     A scheduling conference in this matter is scheduled for September 25, 2023.

6.     In this case, an essential issue on class certification will be whether Plaintiff can show a "price premium" associated with the deceptive labelling statements. *See, e.g.*, *In re ConAgra Foods, Inc.*, 90 F. Supp. 3d 919, 1018 (C.D. Cal. 2015), *aff'd sub nom. Briseno v. ConAgra Foods, Inc.*, 674 F. App'x 654, 656 (Jan. 3, 2017 9th Cir.), *cert. denied*, 138 S. Ct. 313 (discussing price premium analysis in the context of class actions). The sales and revenue documentation necessary to perform that analysis has been requested as part of the Request for Production of Documents but has not yet been produced by Defendant.

7.     Likewise, Defendant has yet to propound discovery that would support its opposition to a motion for class certification.

8.     The Parties have settled, in principle, Plaintiff's individual claims in this matter and have exchanged a written draft settlement agreement embodying the key terms and conditions of settlement.

9.     Defendant does not object to Plaintiff's request as set forth in this motion.

WHEREFORE, good cause having been shown, Plaintiff requests that the Court relive her from the requirement set forth in Paragraph 7 of the Court's Standing Order.

Respectfully submitted,

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

/s/ *Charles C. Weller*
Charles C. Weller
Attorney for Plaintiff

CHARLES C. WELLER, APC
11412 Corley Court
San Diego, California 92126
Tel: 858.414.7465
Fax: 858.300.5137
legal@cweller.com

MOTION FOR RELIEF FROM PARAGRAPH 7 OF THE COURT'S STANDING ORDER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

  I hereby certify that on this date, September 18, 2023, I caused the foregoing

to be filed into the docket of this matter via the Clerk of Court's CM/ECF system,

which filing caused service to be made on all counsel of record.

           Respectfully submitted,

           /s/ *Charles C. Weller*

           Charles C. Weller (SBN: 207034)

           Attorney for Plaintiff

MOTION FOR RELIEF FROM PARAGRAPH 7 OF THE COURT'S STANDING ORDER