Charles C. Weller (SBN: 207034)
legal@cweller.com
CHARLES C. WELLER, APC
11412 Corley Court
San Diego, California 92126
Tel: 858.414.7465
Fax: 858.300.5137

Attorney for Plaintiff Deana Lozano

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANA LOZANO, *individually and on behalf of all those similarly situated*,<br><br>   Plaintiff,<br><br>v.<br><br>FERRARA CANDY COMPANY HOLDINGS,<br>*a Delaware corporation,*<br><br>   Defendant. | No. 2:23-cv-04670-RGK-JPR<br><br>**STIPULATION OF VOLUNTARY DISMISSAL** |

_____

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff hereby dismisses this action WITH PREJUDICE as to his individual claims and without prejudice as to any claims on behalf of the putative class. Defendant has reviewed and stipulated to this dismissal.

Respectfully submitted,

/s/ *Charles C. Weller*
Charles C. Weller
Attorney for Plaintiff

CHARLES C. WELLER, APC
11412 Corley Court
San Diego, California 92126
Tel: 858.414.7465
Fax: 858.300.5137
legal@cweller.com

**SEEN AND AGREED AND SO STIPULATED:**

/s/ *Matthew Orr*
William P. Cole
Matthew Orr
AMIN TALATI WASSERMAN, LLP
515 South Flower Street, 18th Floor
Los Angeles, CA 90071
202.918.7949
william@amintalati.com
matt@amintalati.com

*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on this date, September 21, 2023, I caused the foregoing to be filed into the docket of this matter via the Clerk of Court's CM/ECF system, which filing caused service to be made on all counsel of record.

Respectfully submitted,

/s/ *Charles C. Weller*
Charles C. Weller (SBN: 207034)
Attorney for Plaintiff